# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT ANTHONY RUTLEDGE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>    Defendant. | Case No. 1:17-cv-00366-SAB<br><br>ORDER RE STIPULATION FOR SECOND EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

On March 13, 2017, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. On November 27, 2017, based upon the parties' stipulation, the Court extended the time for Plaintiff to file his opening brief to December 20, 2017. (ECF No. 12.) On December 19, 2017, the parties filed a stipulation for a second extension of time for Plaintiff to file his opening brief in lights of a petition pending before the Ninth Circuit. (ECF No. 13.) Having considered the parties' request, and finding good cause shown, the Court will extend the time for Plaintiff to his opening brief to February 5, 2018.

The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made

on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension. From a review of this stipulation such a request could have been made earlier. Any future requests shall tie in why the extension is necessary and how the Ninth Circuit issue centers around this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before February 5, 2018;
2. Defendant's response to Plaintiff's opening brief shall be filed on or before March 7, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before March 22, 2018.

IT IS SO ORDERED.

Dated: __**December 19, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE