# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT ANTHONY RUTLEDGE, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY. <br><br> Defendant. | Case No.: 1:17-cv-00366-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING THIRD STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF <br><br> (ECF Nos. 15, 16) <br><br> DEADLINE: APRIL 9, 2018 |

On February 6, 2018, an order issued requiring Plaintiff to show cause why this action should not be dismissed for the failure to file his opening brief in compliance with a December 19, 2017 order. Plaintiff filed a reply on February 7, 2018.

Based on Plaintiff's response, the Court shall discharge the order to show cause and extend time for the opening brief to be filed. But Plaintiff is advised that any request for an extension of time must be filed prior to the expiration of the deadline and counsel's explanation that she thought about seeking a stipulation on the due date demonstrates a lack of diligence in complying with

-1-

this Court's orders. Any further such instances will result in the issuance of monetary sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed on February 6, 2018 is DISCHARGED;

2. Plaintiff shall file her opening brief on or before April 9, 2018; and

3. Any further requests for an extension of time shall be filed prior to the expiration of the deadline and failure to comply will result in the issuance of monetary sanctions.

IT IS SO ORDERED.

Dated: **February 8, 2018**

UNITED STATES MAGISTRATE JUDGE