# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT ANTHONY RUTLEDGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-00366-SAB<br><br>ORDER RE BRIEFING SCHEDULE |

On February 8, 2018, an order issued discharging an order requiring Plaintiff to show cause for failure to file an opening brief and granting Plaintiff an extension of time until April 9, 2018, to file an opening brief. Upon review the Court noted that it neglected to address the responsive dates in the Febraury 8, 2018 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before May 9, 2018; and

2. Plaintiff's reply, if any, shall be filed on or before May 24, 2018.

IT IS SO ORDERED.

Dated: **February 9, 2018**

UNITED STATES MAGISTRATE JUDGE

1