# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENT ANTHONY RUTLEDGE, | Case No. 1:17-cv-00366-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION AND REFLECT VOLUNTARY DISMISSAL |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER VACATING DATES AND MATTERS |
| Defendant. | (ECF No. 19) |

Plaintiff Kent Anthony Rutledge filed this action challenging the denial of Social Security benefits on March 13, 2017. On April 9, 2018, the parties filed a stipulation to dismiss this action with prejudice with each party to bear its own fees, costs, and expenses. (ECF No. 19.) In light of the stipulation of the parties, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a); and
2. All pending dates and matters are VACATED.

IT IS SO ORDERED.

Dated: **April 10, 2018**

UNITED STATES MAGISTRATE JUDGE

1